In the Matter of the Estate of Moe Sherman, Deceased. Irene Sherman, Appellant; Samuel W. Siegel, as Executor of Moe Sherman, Deceased, Respondent; Sam Sherman, Intervener, Respondent.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 981.]

Kewanee Boiler Corporation v. Kewanee-Pacific Heating & Maintenance Company.— Present — Glennon, J. P., Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 981.]

Dora Rosenbaum, Respondent, v. Square Coal Corp., Defendant and Third-Party Plaintiff-Respondent. Peter W. Lipari et al., Third-Party Defendants, and Hyman Katz, Third-Party Defendant-Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*; p. 990.]

Isidore Bitterman v. 2007 Davidson Ave. Corp.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 555.]

Sylvia Goldsmith v. Saul Goldsmith et al.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 982.]

James Morgan v. Greater New York Taxpayers Mutual Insurance Association.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 989.]

In the Matter of the Arbitration between Lawrence Myers et al., Respondents, and Benjamin Leibel, Appellant, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 984.]

In the Matter of William Schweig, Appellant, against Beatrice S. Waltzer, Respondent.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, pp. 989, 990.]